UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS SALDIVAR,

    Plaintiff,

    v.

ZAHIR QUDDUS, et al.,

    Defendants.

Case No. 13-cv-00835-WHO

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

Defendant filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court, Northern District of California, on January 13, 2014, and filed a notice of automatic stay with this Court on January 14, 2014. Docket No. 22. Accordingly, the Court ORDERS that all actions in this case and in this Court be STAYED. To relieve the parties of any need to update the Court on the status of the case, the Court also ORDERS that the case be ADMINISTRATIVELY CLOSED.

If any party wishes to reopen the case after the conclusion of the bankruptcy proceedings or if any party secures relief from the automatic stay, it may do so by filing a motion to reopen with the Court.

**IT IS SO ORDERED**.

Dated: April 8, 2014

_____
WILLIAM H. ORRICK
United States District Judge